## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MARTIN LUTHER BLACKWELL,** | : | |
| **Plaintiff,** | : | |
| | : | |
| **v.** | : | **CIVIL ACTION NO. 26-CV-1769** |
| | : | |
| **STATE OF GEORGIA,** *et al.*, | : | |
| **Defendants.** | : | |

### ORDER

AND NOW, this 21st day of May, 2026, upon consideration of Martin Luther

Blackwell's Motion to Proceed *In Forma Pauperis* (ECF No. 7), Prisoner Trust Fund Account

Statement (ECF No. 8), *pro se* Complaint (ECF No. 1), and Motion for Notice (ECF No. 9) it is

**ORDERED** that:

1.     The Clerk of Court is **DIRECTED** to correct the spelling of Blackwell's middle

name on the docket to read "Luther."

2.     Leave to proceed *in forma pauperis* is **GRANTED** pursuant to 28 U.S.C. § 1915.

3.     Martin Luther Blackwell, # GDC #666533 3K, shall pay the full filing fee of $350

in installments, pursuant to 28 U.S.C. § 1915(b), regardless of the outcome of this case.  The

Court directs the Warden of Coffee Correctional Facility or other appropriate official to assess an

initial filing fee of 20% of the greater of (a) the average monthly deposits to Blackwell's inmate

account; or (b) the average monthly balance in Blackwell's inmate account for the six-month

period immediately preceding the filing of this case.  The Warden or other appropriate official

shall calculate, collect, and forward the initial payment assessed pursuant to this Order to the

Court with a reference to the docket number for this case.  In each succeeding month when the

amount in Blackwell's inmate trust fund account exceeds $10.00, the Warden or other

appropriate official shall forward payments to the Clerk of Court equaling 20% of the preceding

month's income credited to Blackwell's inmate account until the fees are paid.  Each payment

shall refer to the docket number for this case.

4.      The Clerk of Court is **DIRECTED** to send a copy of this Order to the Warden of

Coffee Correctional Facility.

5.      The Complaint is **DEEMED** filed.

6.      Blackwell's Complaint is **DISMISSED WITH PREJUDICE** as frivolous,

pursuant to 28 U.S.C. § 1915(e)(2)(B)(i) for the reasons stated in the Court's Memorandum.

7.      The Motion for Notice is **DENIED AS MOOT**.

8.      The Court certifies that any appeal from this Order is not taken in good faith.  *See*

28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24(a)(3)(A).

9.      The Clerk of Court shall **CLOSE** this case.

**BY THE COURT:**

_____

**GAIL A. WEILHEIMER, J.**

2